UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL NORWOOD, | : |
| Petitioner, | : Civ. No. 18-874 (RBK) |
| v. | : |
| D.K. WILLIAMS, | : **MEMORANDUM & ORDER** |
| Respondent. | : |

Petitioner, Michael Norwood ("Petitioner" or "Norwood"), is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is challenging his restitution in this habeas corpus proceeding. In 2020, this Court stayed this matter pending outcome of Petitioner's challenge to his restitution in his criminal case, Crim. No. 96-232. (*See* ECF 26). On February 28, 2023, this Court entered an amended criminal judgment in Petitioner's criminal action stating that Petitioner no longer owes restitution payments which expired on May 30, 2017. (*See* Crim. No. 96-232 ECF 305 at 6). Considering this amended judgment, the stay in this habeas action will be lifted and the parties shall be ordered to file supplemental briefs which shall expressly address what issue(s) if any are remaining in this habeas action in light of what has recently transpired in Petitioner's criminal action.

Accordingly, IT IS on this 15th day of March 2023,

ORDERED that the Clerk shall lift the stay in this matter; and it is further

ORDERED that Respondent shall file a supplemental brief in this habeas action which expressly addresses if there are any remaining issue(s) for this Court to decide in this habeas action within twenty-one (21) days of the date of this order; and it is further

ORDERED that Petitioner may file a supplemental brief in response to Respondent's supplemental brief within twenty-one (21) days from the date Respondent files his supplemental brief; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge